1    KAREN P. HEWITT
     United States Attorney
2    CARLOS O. CANTU
     Special Assistant United States Attorney
3    Government Attorney
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-5766
     Facsimile:  (619) 235-2757
6    Email: carlos.cantu@usdoj.gov
     Attorneys for Plaintiff
7    United States of America

8

9

10                           UNITED STATES DISTRICT COURT

11                          SOUTHERN DISTRICT OF CALIFORNIA

12   UNITED STATES OF AMERICA,              )   Case No. 08cr1832-BTM
                                            )
13                         Plaintiff,       )
                                            )   **NOTICE OF APPEARANCE**
14                 v.                       )
                                            )
15   MARK LEVI NORTHCUTT,                   )
                                            )
16                                          )
                           Defendant.       )
17   _____      )

18
     TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
19
            I, the undersigned attorney, enter my appearance as counsel for the United States in the above-
20
     captioned case.  I certify that I am admitted to practice in this court or authorized to practice under
21
     CivLR 83.3.c.3-4.
22
            The following government attorneys (who are admitted to practice in this court or authorized
23
     to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
24
     counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to
25
     activity in this case:
26
            Name
27
            Carlos O. Cantu
28

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        Name

6        None

7        Please call me at the above-listed number if you have any questions about this notice.

8        DATED: July 10, 2008

                                              Respectfully submitted,
9
                                              KAREN P. HEWITT
10                                            United States Attorney

11                                            /s/ *Carlos O. Cantu*

12                                            Carlos O. Cantu
                                              Special Assistant United States Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     Notice of Appearance
28   United States v. Mark Levi Northcutt          2                      08cr1832-BTM

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,       )    Case No. 08 CR 1832 BTM
                                 )
    Plaintiff,                )
                                 )
    v.                       )
                                 )    **CERTIFICATE OF SERVICE**
MARK LEVI NORTHCUTT,        )
                                 )
                                 )
    Defendant.              )
                                 )

10

IT IS HEREBY CERTIFIED THAT:

11

12

I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

13

14

15

16

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance as lead counsel for the United States, dated July 10, 2008, and this Certificate of Service, dated July 10, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

17

18

**Erick S. Guzman, Esq.**
*Attorney for defendant*

19

20

I declare under penalty of perjury that the foregoing is true and correct.

21

Executed on July 10, 2008.

22

23

24

/s/ **Carlos O. Cantu**

Carlos O. Cantu
Special Assistant United States Attorney

25

26

27

28

Notice of Appearance
United States v. Mark Levi Northcutt      3             08cr1832-BTM