**WILLIAM R. BURGENER**
State Bar Number 89508
1775 Hancock Street, Suite 285
San Diego, CA  92110
Telephone: (619) 291-8565
Facsimile: (619) 543-0824

Attorney for Defendant
MARK LEVI NORTHCUTT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                  Plaintiff,                       )<br>                                                             )<br>         vs.                                             )<br>                                                             )<br> MARK LEVI NORTHCUTT,            )<br>                                                             )<br>                  Defendant,                    )<br> _____) | CASE NO.: 08CR1832<br><br>SUPPLEMENTAL DECLARATION<br>OF MARK LEVI NORTHCUTT<br>REGARDING MINOR ROLE |

I, Mark Levi Northcutt, declare:

1.)  I am a defendant in the above matter.

2.)  I was approached on the street by an individual a couple of days before the incident.

3.)  After two days of contact on the street and local shops, I was persuaded for $300.00 to drive a car across the border.

4.)  The day before I smuggled and drove the vehicle, the contact took my photo with his cell phone.  I did not know why.

5.)  The next day, at the donut shop I frequented daily, the contact pulled up with the vehicle and said, "Let's go."  I knew this was the day I would drive.  I was in the passenger seat.

6.) We drove directly to the border. About six cars away from the line, he told me to get set behind the wheel and he left the vehicle. He left a cell phone in the center console.

7.) I had no knowledge of the personal identification reportedly found in the vehicle later.

8.) I did not help or witness the loading of the smuggled aliens. I was only to drive across the boarder, answer the cell, and drop off the aliens, and contrary to what the Presentence Report Says, return the vehicle to Mexico.

9.) I have never done this previously.

10.) I regret my involvement and was merely a temporary courier. I assert I had no knowledge until later informed by my previous attorney, Erick Guzman, to any documents.

11.) I request minor role adjustment.

The foregoing statements are true and correct and are made under the penalty of perjury. Executed in San Diego, California.


Dated: September 8, 2008               s/ Mark Levi Northcutt
                                       MARK LEVI NORTHCUTT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08CR1832 |
| ) | |
| Plaintiff, ) | |
| ) | PROOF OF SERVICE |
| vs. ) | |
| ) | |
| MARK LEVI NORTHCUTT, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, WILLIAM R. BURGENER, am a citizen of the United States and am at least eighteen years of age. I am employed at the Law Offices of William R. Burgener. My business address is 1775 Hancock Street, Suite 285, San Diego, California 92110-2041.

I am not a party to the above-entitled action. I have caused service of **1.) Supplemental Declaration of Mark Levi Northcutt Regarding Minor Role** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Carlos O. Cantu
    Assistant U.S. Attorney
    880 Front Street, Rm. 6293
    San Diego, CA 92101-8893

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2008            s/ William R. Burgener
                                    WILLIAM R. BURGENER